# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TODD A. BURGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-13-0062-F |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 16, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, wherein she recommended that defendant's final decision be reversed and the matter remanded for further proceedings. Magistrate Judge Mitchell advised the parties of their right to object to the Report and Recommendation by February 5, 2014 and that failure to make timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, neither party has filed an objection to the Report and Recommendation nor sought an extension of time to file an objection. With no objection to the Report and Recommendation being filed within the time prescribed, the court accepts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell (doc. no. 15) is **ACCEPTED**. Defendant's final decision is **REVERSED** and this matter is **REMANDED** for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED February 6, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0062p002.wpd